UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LEE A. VINCENT,<br>    #94633 | ) ) ) | |
| Plaintiff, | ) ) | 3:10-cv-00291-LRH-RAM |
| vs. | ) ) | |
| HOWARD SKOLNIK, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) | |

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On August 11, 2010, the court dismissed the complaint with leave to amend, ordering plaintiff to file an amended complaint within thirty days (docket #11). The order was served on plaintiff at his address of record. Plaintiff's amended complaint was due on September 13, 2010.

More than the allotted time has elapsed and plaintiff has not filed an amended complaint, and he has not responded in any manner to the court's order. Therefore, plaintiff's action shall be dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE** for the failure of plaintiff to comply with this court's order of August 11, 2010.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 7th day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE