AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

LEE A. VINCENT,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:10-cv-00291-LRH-RAM**

HOWARD SKOLNIK, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE for the failure of plaintiff to comply with this court's order of August 11, 2010 (Document No. 11).

  October 8, 2010                           **LANCE S. WILSON**
                                                             Clerk

                                                      /s/ Katie Lynn Ogden
                                                          Deputy Clerk